Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
October 29, 2018

Name of Offender: **Tiffany Diane Frehner**

Case Number:  **2:17CR00011**

Name of Sentencing Judicial Officer: **Honorable William Fremming Nielsen**

Date of Original Sentence: **July 24, 2013**

Original Offense: **Conspiracy to Distribute Oxycodone**

Original Sentence: **30 months custody, followed by 36 months supervised release.**

Date Supervision Commenced: **December 28, 2015**

Date Jurisdiction Transferred to District of Nevada: **January 10, 2017**

Name of Assigned Judicial Officer: **Honorable Jennifer A. Dorsey**

Date of Revocation: **April 25, 2018**

Revocation Sentence: **7 months custody, followed by 18 months supervised release.**

Date Supervision to Commence: **November 5, 2018**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

**Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 90 days. You must follow the rules and regulations of the center.

# CAUSE

Ms. Frehner is scheduled to commence her second term of supervision with Probation on November 5, 2018. As part of the pre-supervision planning process, it was discovered that Ms. Frehner does not have a viable release address and has requested to extend her stay at the halfway house in order to assist her in getting on her feet during this transition period. Having just been transferred from custody to the halfway house, Frehner does not currently have employment and therefore does not have the funds to secure a residence of her own. It is respectfully requested that the Court consider the modification listed above to provide her the support necessary to give her the best possible chance of success. The probation form 49 has been attached for your review.

Respectfully submitted,

*Jessica Racaza*

Jessica Racaza
2018.10.29
13:24:18 -07'00'

Jessica Racaza
United States Probation Officer

Approved:

Robert G. Aquino
2018.10.29 12:50:23
-07'00'

Robert Aquino
Supervising U.S. Probation Officer

Prob12B
D/NV Form
Rev. June 2014

## THE COURT ORDERS

☐      No Action.

☐      The extension of supervision as noted above.

☑      The modification of conditions as noted above

☐      Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

_____
Signature of Judicial Officer

10/29/2018
_____
Date