# FILED UNDER SEAL

Case 2:17-cr-00011-JAD-GWF   Document 28   Filed 07/12/19   Page 1 of 8

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
# for
# the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Tiffany Diane Frehner**

Case Number:  **2:17CR00011**

Name of Sentencing Judicial Officer: **Honorable William Fremming Nielsen**

Date of Original Sentence: **July 24, 2013**

Original Offense: **Conspiracy to Distribute Oxycodone, a Class C Felony**

Original Sentence: **30 Months prison, followed by 36 Months TSR.**

Date of Prior Revocation: **April 25, 2018**

Revocation Sentence: **7 Months prison, followed by 18 months TSR.**

Date Supervision Commenced: **December 28, 2015**

Date Jurisdiction Transferred to District of Nevada: **January 10, 2017**

Name of Assigned Judicial Officer: **Honorable Jennifer A. Dorsey**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Do Not Commit Another Crime** - You must not commit another federal, state or local crime.

    Tiffany Frehner engaged in solicitation for prostitution on or about January 5, 2019, in violation of NRS 201.354, a misdemeanor.

RE: Tiffany Diane Frehner

Prob12C
D/NV Form
Rev. March 2017

Frehner entered the Las Vegas Community Corrections Center on November 5, 2018, when she started her second term of supervised release. On November 13, 2018, she engaged in a text message conversation with another resident, identified through further investigation as Reginald Weaver. Weaver is currently serving the remaining of his custodial sentence at the at the facility as a resident. Additionally, Weaver is a convicted felon with a history of "pimping".

Through an investigation, it was learned that Frehner involved herself in criminal conduct with the individual and had knowledge of the posting of escort/prostitution ads posted by the individual, using at least some photos that were provided to him by Frehner. Text communication between the two indicates Frehner willingly met with Reginald Weaver to discuss the business transaction between the two of them. Frehner provided nude photos of herself to Weaver upon request to fulfill the posting of the escort/prostitution ad. Lastly, it should be noted that Frehner admitted to the undersigned officer that she previously was involved in prostitution while on supervised release, but denied it in the current term of supervision. Evidence shows she continues to engage in such illegal activities.

2. **Must Not Interact With Criminals** - You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

    A. From on or about November 13, 2018, through at least January 5, 2019, Frehner communicated and interacted with Reginald Weaver, AKA "Beast", who is a convicted felon for Coercion and Enticement, Case No. 2:15CR00334-001, in the United States District Court, District of Nevada.

    Details of this contact are noted in violation number 1.

    B. On or about July 8, 2019, Frehner communicated and interacted with Jesse Lee Taber, who is a convicted felon for Felony Menacing, in the State of Colorado, Case No. D0392008CR1293.

    Taber was contacted on the above date at Frehner's apartment where he stated he was temporarily residing. Taber was also found to have multiple local warrants, including felon warrants for burglary, felony forgery, felony theft, child support, and felony lewdness by a person over 18 with a child less than 14. Taber advised he is a personal friend of Frehner and has known her for a lengthy time.

RE: Tiffany Diane Frehner

Prob12C
D/NV Form
Rev. March 2017

3. **Drug Testing** – You must submit to substance abuse testing to determine if you have used a prohibited substance. *Testing shall not exceed 104 tests per year.* You must not attempt to obstruct or tamper with the testing methods.

   On July 1, 2019, Frehner failed to report for a random drug test at Westcare. Records indicate she did call the number to be notified of the drug test and failed to arrive to perform the test.

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ **Revoked**

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **July 12, 2019**

Bryce Darrell Stark
2019.07.12
11:08:55 -07'00'

Bryce D. Stark
United States Probation Officer

Approved:

Joy Gabonia
2019.07.12 09:14:24
-07'00'

Benjamin B. Johnson
Supervisory United States Probation Officer

*THE COURT ORDERS*

☐   No Action.
X   The issuance of a warrant.

**RE: Tiffany Diane Frehner**

Prob12C
D/NV Form
Rev. March 2017

☐ The issuance of a summons.
☐ Other:

_____
Signature of Judicial Officer

7/12/2019
_____
Date

RE: Tiffany Diane Frehner

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. TIFFANY DIANE FREHNER, 2:17CR00011

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### July 12, 2019

Frehner began her second term of supervised release on November 5, 2018. She was immediately referred to the local halfway house for residence due to not having a suitable residence to release to or employment. Frehner was able to obtain employment through a restaurant inside the New York New York Hotel and Casino and obtained her own apartment.

As noted in the petition, shortly after Frehner started her second term of supervised release, she initiated contact with a known felon at the halfway house who has a history of pimping. Frehner entered the Las Vegas Community Corrections Center on November 5, 2018. On November 13, 2018, she engaged in a text message conversation with Reginald Weaver. Weaver is currently serving the remaining of his custodial sentence at the at the facility as a resident.

On November 13, 2018, Weaver and Frehner began communication and Frehner discussed a minivan she obtained from "an old man". She also texted to Weaver that she had not been to the "studio" since her car accident. Weaver advised they should sit down and come up with a plan. Frehner stated she was busy at the time but "would for sure".

On December 16, 2018, Weaver texted Frehner and stated he wanted her as a business partner. Frehner advised she was at work at the New York New York Hotel but would be back by 9. Weaver advised he wanted to see her then and "this shit is about real money. I promise you gonna love this". Weaver then advised he was at New York New York.

On December 23, 2018, Weaver texted Frehner asking when they would sit and have the discussion they talked about. On December 31, 2018, Weaver texted Frehner asking "ain't you tired of going through all the bullshit. Let me know when you ready for me to end of your life."
On January 1, 2019, Weaver texted Frehner asking "You want to get some money or what let m epost you some ads you can schedule your clients when you not at work."

On January 3, 2019, Weaver texted Frehner "send me 5 pics and let's see what it do. Let's get it going and you can scheduled your clients how you want on your time. But send pics some we can see what it do.. let's get this bag". Frehner responded to the text that she was getting her own apartment and would see if she had any pictures when she was not driving because she did not know what she had on that phone. Weaver responded by texting "just send what you got, I'm just trying to get this shit rolling".

RE: Tiffany Diane Frehner

Prob12C
D/NV Form
Rev. March 2017

On January 5, 2019, Frehner texted a photo of herself to Weaver, dressed and standing in the entry of a shower. She stated it was the only photo she had at the time and she had not taken pictures since she "got out this time". Weaver responded by telling Frehner he was going to use another females "buttie shots and tittie shots" where the face of those pictures could not be seen. Weaver then texted nude photos of a female with no face seen. Frehner responded to the photos he sent by sending four nude photos of herself and one photo of her face, where she is seen wearing a gray shirt and wearing her glasses. She stated "that's all I have" in the text to Weaver. Weaver responded less than four hours later on the same date and sent a screen shot of an ad for sex. Weaver texted Frehner to call him to explain to her how the service works. It was noted that the photos texted to Weaver by Frehner match photos located on her phone during a search of the phone.

On June 25, 2019, posted escort/prostitution ads were located by the undersigned officer while performing a Google telephone search of Frehner's cellular telephone number. Further investigation revealed ads were posted on Megapersonals and Escortalligator on January 5, 2019. The ads matched a screenshot of what was sent to Frehner from Weaver. The photos in the ads were those sent to Weaver by Frehner, along with other photos Weaver sent to Frehner when he advised her he would be submitting not of her.

The posted escort/prostitution ads read as follows: "We all know what goes down in Vegas stays in Vegas so why not call me and let me give you a ultimate Las Vegas experience 1 hour full service multiples nuts just me and you wild sex no rush...you get what ever you won't how ever you want. One whole hour of hot and heavy sex multiple nuts Ask for the goddess of love No block calls will be accepted All clients must be a gentleman at all times Please have the full donation when arrived and bring extra donations because I guarantee you going to want more time with the goddess of love.. There are no refunds Prices are non-negotiable, safe sex is mandatory. All clients must participate in safe sex.. Incalls 350hr full service Outcall 400hr full service."

On June 26, 2019, Frehner was questioned by the undersigned officer about the posted ads. She denied any involvement with the posting and stated she did not know who posted them. She advised she did send some photos to a person she met at the Las Vegas Community Corrections Center that she only knew as "Beast". The undersigned officer requested consent to view her telephone and she agreed. It was noted that there was a contact identified only as "Beast" in her contacts. The number matched records for Reginald Weaver as noted above. Photos in the phone matched photos posted in the escort/prostitution ad. The phone was seized as evidence and a further analysis was performed.

RE: Tiffany Diane Frehner

Prob12C
D/NV Form
Rev. March 2017

It was noted during the conversation with Frehner on June 26, 2019, that she admitted she admitted she had previously been involved in prostitution during her last term of supervised release and never shared the information with anyone. She stated her boyfriend at the time was acting as her "pimp" and she was enrolled for escort/prostitution services through a company she could not identify, but she did recall earning $500 to $600 per session with individuals.

Frehner has been attending counseling for mental health and substance abuse treatment at Choices. She has been working through family issues related to her 12-year-old daughter, who until recently resided in Idaho. It is unclear if the child now resides with Frehner or other family members in Las Vegas, Nevada. Of concern in this area is Frehner's involvement with a convicted felon, Jesse Lee Taber, who currently has an active warrant for felony lewdness by a person over 18 with a child less than 14. This, coupled with the apparent involvement in prostitution by Frehner is concerning for the child's best interest if she is residing with Frehner.

It is also noted that Frehner's telephone was seized on June 26, 2019, for investigation purposes. She was instructed by the undersigned officer to report a new telephone number she could be reached at during the interim and failed to do so. Frehner had been calling into the random drug testing line using the same telephone number and a message was left for her to contact the undersigned officer immediately. On July 11, 2019, Frehner called the undersigned officer from a blocked number, stating she received the officers message, but failed to report a number she could be contacted at. During an attempted home visit on July 8, 2019, the undersigned officer advised Taber to notify Frehner to contact the undersigned officer immediately. Frehner failed to contact the undersigned officer.

As a result of the information noted in the violations of the petition, the undersigned respectfully requests a warrant be issued for her arrest to initiate revocation proceedings. The undersigned recommends that Frehner remain in custody as a risk of nonappearance and a danger to the community due to her criminal associations and drug use.

Respectfully submitted,

Bryce Darrell Stark
2019.07.12 11:10:27
-07'00'

Bryce D. Stark
United States Probation Officer

Approved:

Joy Gabonia
2019.07.12 09:14:05
-07'00'

Benjamin B. Johnson
Supervisory United States Probation Officer