**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Tiffany Diane Frehner

Case No.: 2:17CR00011

**REQUEST FOR TRANSFER OF JURISDICTION**

February 24, 2020

TO:    The Honorable Jennifer A. Dorsey
         United States District Judge

On July 24, 2013, Ms. Tiffany D. Frehner was sentenced by the Honorable William Fremming Nielsen, Senior U.S. District Judge, Eastern District of Washington, to (30) months incarceration followed by (36) months of supervised release for Conspiracy to Distribute Oxycodone. Supervision commenced with the District of Nevada on December 28, 2015.

By way of case history, on January 17, 2017, Your Honor accepted jurisdiction of this case. On April 25, 2018, Ms. Frehner appeared before Your Honor for revocation proceedings wherein her supervised release was revoked. Ms. Frehner was sentenced to 7 months custody followed by 18 months term of supervised release.

Ms. Frehner commenced her second term of supervision on November 5, 2018. This term ended in revocation on October 4, 2019. Your Honor imposed a 5-month custodial sentence to be followed by 18 months of supervised release.

Ms. Frehner commenced her third term of supervision on January 17, 2020, in the District of Idaho. She is currently residing in Nampa, Idaho. Ms. Frehner plans to reside in the District of Idaho for the duration of her term of supervision. Ms. Frehner is set to expire from supervision on January 16, 2021. The District of Idaho is requesting jurisdiction to expedite any future noncompliance matters more effectively that may require the Court's attention.

Should the court have any questions, please contact the undersigned officer at 702-527-7263 or at kevin_rivera@nvp.uscourts.gov.

ADDENDUM TO PETITION (Probation Form 12)
RE: Tiffany Diane Frehner

Respectfully submitted,

Digitally signed by
Kevin Rivera
Date: 2020.02.27
16:09:36 -08'00'

Kevin Rivera
United States Probation Officer Assistant

Approved:

Todd Fredlund
2020.02.26
14:35:08 -08'00'

Todd J. Fredlund
Supervisory United States Probation Officer

| PROB 22 | | DOCKET NUMBER *(Tran. Court)* |
| --- | --- | --- |
| (Rev. 2/88) | | 2:17CR00011 |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| Tiffany Diane Frehner<br>485 East Naples Drive<br>Las Vegas, Nevada 89169 | Nevada | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Jennifer A. Dorsey | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 12/28/2015 — TO 1/16/2023 |

**OFFENSE**

21 U.S.C. 846 and 841 (a)(1), (b)(1)(C) Conspiracy to Distribute Oxycodone

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE      DISTRICT OF    Nevada

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _District of Idaho_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_3/2/2020_  
*Date*

_[signature]_  
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE      DISTRICT OF    Idaho

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*          *United States District Judge*